NO. 07-06-0103-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 29, 2006
_____

RICHARD DEBENEDETTO AND WIFE, TINA DEBENEDETTO
INDIVIDUALLY AND AS NEXT FRIENDS OF BABY GIRL DEBENEDETTO
AKA ELIZABETH G. DEBENEDETTO, A MINOR, APPELLANTS

V.

BAPTIST/ST. ANTHONY'S HOSPITAL CORPORATION DBA
BAPTIST/ST. ANTHONY'S HEALTH SYSTEM, APPELLEE
_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 91,811-E; HONORABLE ABE LOPEZ, JUDGE
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On August 15, 2006, the appellants filed a Motion to Dismiss Appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1.

James T. Campbell
Justice